IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 2:12-cv-00042-MR

| | |
|---|---|
| ANNA GIABOURANI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## J U D G M E N T

For the reasons stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that summary judgment is hereby entered in favor of the Defendant Wells Fargo Bank, N.A. on its counterclaim for breach of the River Rock Refinance Notes in the amount of $574,634.00, and the Plaintiff's claims against the Defendant related to the Plaintiff's River Rock Lots purchases are hereby **DISMISSED**.

Signed: September 29, 2015

Martin Reidinger
United States District Judge